**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

HENRY DEWITT,

      Petitioner,

v.                                    Case No. 4:12cv106-SPM/CAS

FLORIDA DEPT. OF CHILDREN
AND FAMILIES, et al.,

      Respondents.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 3) which recommends summary dismissal of the petition.  Petitioner has been afforded an opportunity to file objections, but no objections have been filed.  Upon consideration, I have determined that the Report and Recommendation is accurate and should be adopted.  Accordingly, it is

      **ORDERED and ADJUDGED**:

      1.      The Magistrate Judge's Report and Recommendation (doc. 3) is **adopted** and incorporated by reference into this order.

      2.      This case is **summarily dismissed**.

3.      A certificate of appealability is **denied**.

4.      Leave to appeal *in forma pauperis* is **denied**.

5.      The Clerk is directed to close this case.

**DONE AND ORDERED** this 12th day of April, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge